UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Opie v. Davol, Inc. et al*
Case No. 2:20-cv-1545

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Substitute Party. (ECF No. 4.)  Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

Plaintiff Janis Opie died on May 17, 2020. (ECF No. 4.)  Pursuant to California law, Laura Zahm is the successor trustee of the Jan Opie Revocable Trust after the death of Janis Opie. (*Id.*)  Janis Opie's interest in this case was transferred to the Jan Opie Revocable Trust. (*Id.*)  Plaintiff now moves for the substitution of Laura Zahm as Trustee of the Jan Opie Revocable Trust as the proper plaintiff. (*Id.*)  Plaintiff's unopposed Motion to Substitute Laura Zahm as Trustee of the Jan Opie Revocable Trust as the proper plaintiff is **GRANTED**.  The Clerk is directed to substitute Laura Zahm as Trustee of the Jan Opie Revocable Trust as Plaintiff in place of Janis Opie.

IT IS SO ORDERED.

1/6/2022
DATE

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE